## Salerno, Appellant, *v.* Donoway.

Argued January 7, 1969. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Frank J. Marcone,* for appellant.

*Edward J. Carney, Jr.,* for appellee.

OPINION PER CURIAM, April 23, 1969: Judgments affirmed.

## Lynch *v.* Cheltenham Township, Appellant.

Argued January 20, 1969. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Samuel H. High, Jr.,* with him *High, Swartz, Roberts & Seidel,* for appellant.

*Thomas E. Waters, Jr.,* with him *Waters, Fleer, Cooper & Gallager,* for appellee.

OPINION PER CURIAM, April 23, 1969:
Judgment affirmed.

## Williamsport Redevelopment Authority Appeal.

Argued January 14, 1969.   Before JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Richard H. Roesgen,* with him *McNerney, Page, Vanderlin & Hall,* for appellant.

*Clyde E. Williamson,* with him *Williamson & Cupp,* for appellee.

OPINION PER CURIAM, April 23, 1969: